EXHIBIT "R"



# VERITEXT
## LEGAL SOLUTIONS

Deposition of:
## Anthony Liberatore

*October 8, 2020*

In the Matter of:

## Special Risk Insurance Services Inc. Vs. Glaxosmithkline LLC T/A Glaxosmithkline

Veritext Legal Solutions

Page 74

1  as you'd like, but, if you wouldn't mind, please
2  reading the third sentence of that paragraph to
3  yourself.
4       It starts "Commissions will be paid so
5  long as," do you see that?
6     A.  "Commissions will be paid as long as, A,
7  producer is licensed by the applicable state
8  insurance department and appointed by MetLife to
9  sell insurance provided by the policy."
10      Do you want me to continue after that?
11    Q.  Just read it to yourself.
12    A.  I'm sorry.  I thought you meant -- sorry.
13    Q.  I would like to ask you questions about
14  it, but I want to give you a chance to look at it
15  before we do.
16    A.  (Witness complied.)
17    Q.  Mr. Liberatore, have you seen that
18  sentence just before now?
19    A.  I would have seen it when I signed it,
20  yes, if I signed it.
21    Q.  Did you ever have any discussions with
22  MetLife about the conditions that were required for
23  Special Risk to receive commissions?
24    A.  No.

Page 75

1     Q.  Do you and I agree that, among other
2  things, this sentence says, "Commissions will be
3  paid as long as MetLife recognizes" -- and I'm
4  skipping to C, "MetLife recognizes producer as the
5  agent/broker of record"?
6     A.  And you're asking me?
7     Q.  That's what it says, right?
8     A.  Yes.
9     Q.  And that's what happened?
10    A.  Well, if you are no longer the broker of
11  record letter, you're no longer going to receive
12  payment from the insurance company.
13    Q.  When Special Risk signed this agreement,
14  was it Special Risk's expectation that it would get
15  paid commissions only as permitted or required by
16  this agreement?
17    A.  At the time we signed this, I had no
18  knowledge of what we are currently pursuing.
19        If you're asking me when I signed this did
20  I anticipate receiving commissions Special Risk
21  receiving commissions not being broker of record,
22  no, I did not.
23    Q.  Didn't expect to get commissions from the
24  insurance company?

Page 76

1     A.  Not being the broker of record letter, no,
2  I did not.
3     Q.  And also didn't expect to get them from
4  the insured if you weren't broker of record?
5     A.  At the time, I didn't know then what I
6  know now.  So, in that timeframe, I would say no.
7     Q.  Has that changed?
8     A.  Yes, it has.
9     Q.  How so?
10    A.  How so, after being terminated by Ikea,
11  similar fashion to GSK, I contacted my attorney, as
12  I believe this was absolutely unfair that we were
13  being terminated, and the policies we brought to the
14  client were being continued; so, therefore, I wanted
15  to know, while I believed that an insured can
16  appoint and terminate a broker of record for -- at
17  any time for any reason, that there was some degree
18  of fairness that has to be somewhere in the law to
19  protect the broker who brought policies to the
20  insured that the insured accepted, and then the
21  compensation due that broker who brought those
22  insured can be simply terminated by a change of
23  broker of record.
24    Q.  Do I understand your timeline correct,

Page 77

1  that became your expectation after GSK terminated
2  Special Risk as the broker of record?
3     A.  That is correct.
4     Q.  And not before?
5     A.  That is correct.
6     Q.  Mr. Liberatore, while we're gathering
7  documents, a couple of background questions.
8         Can you describe for me your educational
9  background?
10    A.  Yes.  From college or even high school?
11    Q.  Why don't we start with high school, and
12  go from there?
13    A.  I went to Malvern Prep -- Preparatory
14  School.  After four years there, I attended the
15  University of Pennsylvania Wharton School, graduated
16  with a BS in economics with a major in insurance.
17  And a year or so after that became a licensed
18  insurance broker fulfilling all of the educational
19  requirements and continuing education credit
20  requirements since then, and that was -- I graduated
21  in 1982, college.  Graduated high school in '78.
22    Q.  Have you worked in the insurance industry
23  ever since Wharton?
24    A.  Yes.  Initially, with the brokerage firm

20 (Pages 74 - 77)

Page 106

1 the insurance companies, right?
2   A.  Paid from the premiums that the insured
3 paid by the insurance company.
4   Q.  Did GSK ever promise Special Risk that it
5 would pay Special Risk when it was not its broker of
6 record?
7   A.  No.
8   Q.  Mr. Liberatore, do you think Special Risk
9 had an oral contract with GSK?
10      MR. LaROSA:  Object to form.
11      You can answer.
12      THE WITNESS:  I can answer that?
13      MR. LaROSA:  Sure.
14      THE WITNESS:  My understanding was
15   that when Michelle Killian as the
16   decision-maker said, "As long as you bring
17   us the best policies and your services are
18   exemplary, then you will remain as our
19   broker of record."
20 BY MR. HENNING:
21   Q.  Anything more to any oral contract than
22 that?
23   A.  Other than that being said over a period
24 of time numerous times, no.

Page 107

1   Q.  Did Special Risk ever tell GSK before the
2 litigation it believed there was an oral contract
3 between the parties?
4   A.  No.
5   Q.  Do you remember ever saying that to anyone
6 inside Special Risk?
7   A.  About having an oral contract?  No.
8      What would have been said to the team is
9 that we're there and we're the broker of record for
10 GSK, as long as the policies are the best and the
11 team continues to service them.
12   Q.  In the view of GSK?
13   A.  In the view of GSK, right.  Yes.
14   Q.  During its time as broker of record for
15 GSK, Special Risk never asked for a payment from
16 GSK, right?
17   A.  Never.
18   Q.  In your experience in the industry,
19 Mr. Liberatore, has Special Risk ever been paid by
20 an insured?
21   A.  By an insured, no, because as broker we do
22 not bill clients a fee for service.
23   Q.  Was Special Risk, Mr. Liberatore, ever
24 replaced as broker of record for an insured other

Page 108

1 than GSK?
2   A.  Yes.
3   Q.  How many times?
4   A.  Ikea, North American Financial Services,
5 and on the PHI, which was Connective.  Once Exelon
6 purchased PHI, like Exelon acquired PECO, then the
7 broker of the acquiring parent company is in charge.
8      But specific to the GSK circumstances
9 would been Ikea, April 25, 2018.
10   Q.  I think I got the PHI.
11      What made you carve out the North American
12 Financial Services on there?
13   A.  The what?  I'm sorry.
14   Q.  The Ikea.
15   A.  Ikea, the full name was Ikea Financial
16 Services of North America.
17   Q.  I'm sorry.
18   A.  That's the full name.
19   Q.  Tell me if I'm right.  You carved out PHI
20 because that was function of an acquisition?
21   A.  That's correct.  But being replaced but
22 being replaced just because the acquirer had their
23 plans and everything.
24   Q.  Did any of those happen before Special

Page 109

1 Risk was replaced as GSK's broker of record?
2   A.  Ikea happened after, because that was
3 2018, and I don't recall the date of PHI, but I'm
4 going to say it would have been after the 7/1/2015,
5 I think.  But the Ikea, obviously, was -- that was
6 2018.
7   Q.  So depending on what we piece together
8 about PHI, and that's a different circumstance
9 anyway?
10   A.  Right.  Because if -- yes.
11   Q.  So the GSK circumstances here that are the
12 center of the lawsuit was the first time Special
13 Risk was terminated as broker of record?
14   A.  The first time Special Risk was terminated
15 on broker -- as broker of record without the
16 replacement broker bringing new policies is the
17 first time.
18   Q.  So the distinction you're making there is
19 the replacement broker bringing or not bringing new
20 policies?
21   A.  Correct.
22   Q.  Before the GSK situation here, had Special
23 Risk been terminated as broker of record where the
24 replacement brought new policies?

28 (Pages 106 - 109)