# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SPECIAL RISK INSURANCE SERVICES, INC.** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 19-3002** |
| **v.** | : | |
| | : | |
| **GLAXOSMITHKLINE, LLC** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 12th day of April 2022, upon consideration of Defendant's *motion for summary judgment*, [34], and Plaintiff's response in opposition, [ECF 36], it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum opinion, that the motion is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*